TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Acting Chief, Criminal Division
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6738
Facsimile: (213) 894-0141
E-mail: chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY RAY ELAM,<br><br>Defendant. | No. 2:26-mj-05799-DUTY-4<br><br><u>STATUS REPORT</u> |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Chris S. Bulut, hereby files the following status report:

1. On October 5, 2026, a criminal complaint was issued against defendant. (Dkt. 1.)

2. On October 8, 2026, defendant made his initial appearance before the Court and a detention hearing was held. The government sought detention, and defendant sought release on bond, raising

issues with respect to whether the conduct attributed to defendant in the complaint was, in fact, committed by defendant.

3. The Court continued the detention hearing to October 9, 2026, at 11:00 a.m. The Court also ordered LAPD Officer Torres to be present at the hearing at 11:00 a.m. and ordered the government file a status report by 10:00 a.m. with respect to the questions raised about defendant's identity.

4. The government and defense counsel have conferred regarding mutually agreeable bond conditions and have reached an agreement that the defendant will be granted release on bond tomorrow, subject to those agreed-upon conditions and the Court's approval. The government has also informed defense counsel that it has learned that Officer Torres is presently on leave and attending tomorrow's unanticipated hearing will create childcare issues for him. Defense counsel has represented that in light of this agreement, and Officer Torres's unavailability, defendant does not object to giving the government additional time to investigate the allegations related to identity raised at the detention hearing and to continue the Officer's appearance to the date of the preliminary hearing.

//

//

5. The parties then filed a stipulation with the Court regarding pretrial release and continuing the Order for Officer Torres to appear. (Dkt. 16.)

6. As of this filing, the Court has not granted the stipulation.

Dated: 10/9/2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

*/s/*
CHRIS S. BULUT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA