UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TOMMY RAY ELAM<br>Defendant. | No. 2:26-mj-05799-4<br>~~[PROPOSED]~~ ORDER |

The Court is in receipt of the parties' stipulation to pretrial release and continuing certain deadlines.

FOR GOOD CAUSE SHOWN, the Court hereby:

a. Vacates the government's deadline to file a status report by 10:00 a.m. on October 9, 2026; and

b. Vacates the order issued on October 8, 2026, that the United States Attorney's Office may need to make LAPD Officer Torres available at the continued detention hearing on October 9, 2026, at 11:00 a.m., and instead orders Officer Torres to appear at the preliminary hearing, if any, in this case.

//

c. The Court will address the parties' agreement on bond conditions at the continued detention hearing set for October 9, 2026, at 11:00 a.m., which remains on calendar.

IT IS SO ORDERED.

10/9/2026
DATE

THE HON. CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
CHRIS S. BULUT
Assistant United States Attorney